IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| THEODORE JOHNSON, | ) |
|---|---|
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 2:19-cv-00069 BRW-JTK |
| | ) |
| ANDREW SAUL, Commissioner, | ) |
| Social Security Administration, | ) |
| Defendant | ) |

## ORDER

Defendant's Unopposed Motion To Remand (Doc. No. 12) to the Commissioner ("Defendant") for further administrative proceedings is GRANTED. Accordingly, this case is reversed and immediately REMANDED to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

IT IS SO ORDERED this 18th day of December, 2019.

                                                    Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE