# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | |
|---|---|
| THEODORE JOHNSON, )<br>Plaintiff )<br> )<br>vs. )<br> )<br>ANDREW SAUL, Commissioner, )<br>Social Security Administration, )<br>Defendant ) | Civil Action No. 2:19-cv-00069 BRW-JTK |

## JUDGMENT

Based on the order entered today, this case is reversed and remanded to the Defendant for further administrative action pursuant to sentence four of §205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 18th day of December, 2019.

                                                                               Billy Roy Wilson_____
                                                                               UNITED STATES DISTRICT JUDGE